IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEVIN ISAAC STARKS,** | ) | **CASE NO. 8:12CV6** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **WELLS FARGO, NA, WACHOVIA** | ) | |
| **MORTGAGE CORPROATION,** | ) | |
| **WORLD SAVINGS INC., and ERIC H.** | ) | |
| **LINDQUIST,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. After dismissal, and for good cause shown, the court re-opened this matter on September 11, 2012. (Filing No. 13.) On that date, the Clerk of the court sent four summons forms and four USM-285 forms to Plaintiff so that he may complete service of process on Defendants. (*Id.*)  However, Plaintiff has not returned the forms, and has not completed service of process on Defendants. Indeed, Plaintiff has taken no action in this matter since he sought to re-open it on March 19, 2012. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **January 10, 2013**, to show cause why this case should not be dismissed for failure to complete service of process. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: **January 10, 2013**: deadline for Plaintiff to show cause why service of process was not completed.

DATED this 11th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge