IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEVIN ISAAC STARKS,** | ) | **CASE NO. 8:12CV6** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **WELLS FARGO, NA, WACHOVIA** | ) | |
| **MORTGAGE CORPROATION,** | ) | |
| **WORLD SAVINGS INC., and** | ) | |
| **ERIC H. LINDQUIST,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On December 11, 2012, this court ordered Plaintiff to show cause why this case should not be dismissed for failure to complete service of process. The court informed Plaintiff that if he did not respond by January 10, 2013, this action would be dismissed without prejudice and without further notice. (Filing No. 14.) Plaintiff did not respond to the court's order. Indeed, Plaintiff has taken no action in this matter since he sought to reopen it on March 19, 2012.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 11th day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.